THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONEY MAILER, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WADE G. BREWER,<br><br>　　　　Defendant.<br>_____<br>WADE G. BREWER,<br><br>　　　　Counterclaim Plaintiff,<br><br>　v.<br><br>MONEY MAILER, LLC and MONEY MAILER FRANCHISE CORP., a Delaware corporation,<br><br>　　　　Counterclaim Defendants. | CASE NO. CV-15-01215-RSL<br><br>ORDER GRANTING MONEY MAILER FRANCHISE CORP.'S MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL<br><br><br>[Proposed] |

This matter came on regularly for hearing upon Money Mailer Franchise Corp.'s Motion for Leave to File Exhibits Under Seal ("Motion to Seal"). The Court having reviewed the files and records herein, including the submissions of all parties, and determined that good cause exists for issuance of the requested order, NOW, THEREFORE,

IT IS HEREBY ORDERED that Money Mailer Franchise Corp.'s Motion to Seal is GRANTED. The Clerk is directed to seal Exhibits 1 and 2 to the Declaration of Ryan Carr in

ORDER GRANTING MONEY MAILER FRANCHISE
CORP.'S MOTION FOR LEAVE TO FILE EXHIBITS
UNDER SEAL - 1
#1083795 v1 / 46101-002

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Support of Money Mailer Franchise Corp.'s Motion for Summary Judgment or to Compel Arbitration and to Stay Pursuant to 9 USCS § 3.

Dated this 14th day of March, 2017.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

KARR TUTTLE CAMPBELL

*s/ Erik R. Lied*
*s/ J. Derek Little*
Erik R. Lied, WSBA #11105
J. Derek Little, WSBA #40560
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: elied@karrtuttle.com
Email: dlittle@karrtuttle.com
*Attorneys for Money Mailer, LLC and Money Mailer Franchise Corp.*

ORDER GRANTING MONEY MAILER FRANCHISE
CORP.'S MOTION FOR LEAVE TO FILE EXHIBITS
UNDER SEAL - 2
#1083795 v1 / 46101-002

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100