The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONEY MAILER, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>WADE G. BREWER,<br><br>        Defendant,<br><br>WADE G. BREWER,<br><br>        Counterclaim Plaintiff<br>  v.<br><br>MONEY MAILER, LLC and MONEY MAILER FRANCHISE CORP, a Delaware corporation,<br><br>        Counterclaim Defendants. | NO. 2:15-cv-01215-RSL<br><br>ORDER GRANTING BREWER'S MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL |

This matter came on regularly for hearing upon Wade G. Brewer's Motion for Leave to File Exhibits Under Seal ("Motion to Seal"). Having reviewed the files and records herein, including the submissions of all parties and Money Mailer Franchise Corp.'s non-opposition, Dkt. # 99, the Court determines that good cause exists for issuance of the requested order.

1      ACCORDINGLY, IT IS HEREBY ORDERED that Wade G. Brewer's Motion to Seal
2 (Dkt. # 92) is GRANTED. The Clerk is directed to seal Exhibits A through H to the
3 Declaration of Wade G. Brewer in support of Wade G. Brewer's Opposition to Motion for
4 Summary Judgment.

6      DATED this 19th day of April, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING BREWER'S MOTION FOR LEAVE TO FILE
EXHIBITS UNDER SEAL - 2
(2:15-cv-01215-RSL )