HONORABLE ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MONEY MAILER, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>WADE G. BREWER,<br><br>    Defendant. | Civil Action No. 2:15-cv-01215-RSL<br><br>**MOTION AND (PROPOSED)**<br>**ORDER FOR WITHDRAWAL AND**<br>**SUBSTITUTION OF COUNSEL**<br><br>**Note on Motion Calendar:**<br>**November 17, 2017** |
| WADE G. BREWER,<br><br>    Counterclaim Plaintiff<br><br>vs.<br><br>MONEY MAILER, LLC and MONEY MAILER FRANCHISE CORP., a Delaware Corporation,<br><br>    Counterclaim Defendants | |

## I. RELIEF REQUESTED

Pursuant to GR 2(g)(4), it is hereby requested that the Court grant leave for Dorsey & Whitney, LLP (and attorneys Nathan Alexander and Brian Janura), 701 5th Avenue, Ste. 6100, Seattle, WA 98104, to appear as counsel for Plaintiff and Counterclaim Defendants Money Mailer

Motion for Order to Withdrawal and
Substitution of Counsel - 1
2:15-cv-01215-RSL
4838-5961-1986\1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

LLC and Money Mailer Franchise Corp. ("Money Mailer"), and that Karr Tuttle Campbell (and attorneys Erik R. Lied, and J. Derek Little), 701 5th Ave., Ste. 3300, Seattle, WA 98104, withdraw as counsel for Plaintiff and Counterclaim Defendants Money Mailer.

## II. ISSUE GIVING RISE TO REQUEST

Plaintiff and Counterclaim Defendants Money Mailer has appointed new counsel to represent it in this lawsuit.

## III. AUTHORITY AND CERTIFICATION

GR 2(g)(4) requires that a withdrawing attorney must move this court for permission to withdraw, and to certify that the motion was served on opposing counsel and on the client. The accompanying Certificate of Service verifies that opposing counsel will be served through the ECF system as well as by email, which opposing counsel has agreed to accept as effective service. Counsel further certifies that the motion has also been served on Plaintiff and Counterclaim Defendants Money Mailer

## IV. CONCLUSION

The undersigned respectfully requests that the Court enter the proposed Order Granting Leave to Withdraw and Substitution of Counsel.

//

//

Motion for Order to Withdrawal and
Substitution of Counsel - 2
2:15-cv-01215-RSL
4838-5961-1986\1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Respectfully Submitted this 30th day of October, 2017.

| KARR TUTTLE CAMPBELL | DORSEY & WHITNEY LLP |
|---|---|
| /s/Erik R. Lied, per email auth. | /s/Nathan T. Alexander |
| /s/J. Derek Little, per email auth. | /s/Brian Janura |
| Erik R. Lied, WSBA #11105 | Nathan T. Alexander WSBA #37040 |
| J. Derek Little, WSBA #40560 | Brian Janura WSBA #50213 |
| 701 Fifth Avenue, Suite 3300 | 701 Fifth Avenue, Suite 6100 |
| Seattle, WA 98104 | Seattle, WA 98104-7043 |
| Email: elied@karrtuttle.com | Email: alexander.nathan@dorsey.com |
| Email: dlittle@karrtuttle.com | Email: janura.brian@dorsey.com |
| *WITHDRAWING Attorneys for Plaintiff and Counterclaim Defendants Money Mailer LLC, and Money Mailer Franchise Corp.* | *APPEARING Counsel for Plaintiff and Counterclaim Defendants Money Mailer LLC and Money Mailer Franchise Corp.* |

Motion for Order to Withdrawal and
Substitution of Counsel - 3
2:15-cv-01215-RSL
4838-5961-1986\1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# (Proposed) ORDER

This matter came before the Court on the Motion of Dorsey & Whitney LLP and Karr Tuttle Campbell, to substitute Dorsey & Whitney, LLP as counsel of record for Plaintiff and Counterclaim Defendants Money Mailer in place of Karr Tuttle Campbell in this matter pursuant to GR 2(g)(4)(A). The Court has considered the pleadings and papers filed in connection with said motion and all other matters before the Court.

Therefore, IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated this 27th day of November, 2017.

_____
The Honorable Robert S. Lasnik

Presented by:

| KARR TUTTLE CAMPBELL | DORSEY & WHITNEY LLP |
|---|---|
| /s/Erik R. Lied, per email auth. | /s/Nathan T. Alexander |
| /s/J. Derek Little, per email auth. | /s/Brian Janura |
| Erik R. Lied, WSBA #11105 | NATHAN T. ALEXANDER WSBA #37040 |
| J. Derek Little, WSBA #40560 | BRIAN JANURA WSBA #50213 |
| 701 Fifth Avenue, Suite 3300 | 701 Fifth Avenue, Suite 6100 |
| Seattle, WA 98104 | Seattle, WA 98104-7043 |
| Email: elied@karrtuttle.com | E: ALEXANDER.NATHAN@DORSEY.COM |
| Email: dlittle@karrtuttle.com | E: JANURA.BRIAN@DORSEY.COM |
| *WITHDRAWING Attorneys for Plaintiff and Counterclaim Defendants Money Mailer LLC, and Money Mailer Franchise Corp.* | *APPEARING Counsel for Plaintiff and Counterclaim Defendants Money Mailer LLC and Money Mailer Franchise Corp.* |

Motion for Order to Withdrawal and
Substitution of Counsel - 4
2:15-cv-01215-RSL
4838-5961-1986\1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820