UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONEY MAILER, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WADE G. BREWER,<br><br>　　　　Defendant, | NO. 2:15-cv-01215-RSL<br><br>ORDER GRANTING DEFENDANT/COUNTERCLAIM PLAINTIFF'S MOTION FOR LEAVE TO AMEND ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS (DOC. 12)<br><br>[PROPOSED].<br><br>NOTED ON MOTION CALENDAR:<br>November 17, 2017 |
| WADE G. BREWER,<br><br>　　　　Counterclaim Plaintiff<br>　v.<br><br>MONEY MAILER, LLC and MONEY MAILER FRANCHISE CORP, a Delaware corporation,<br><br>　　　　Counterclaim Defendants. | |

THIS MATTER came before this Court on Defendant/Counterclaim Plaintiff, Wade G. Brewer's Motion for Leave to Amend Answer, Affirmative Defenses, and Counterclaims (Doc.

ORDER GRANTING DEFENDANT/COUNTERCLAIM
PLAINTIFF'S MOTION FOR LEAVE TO AMEND ANSWER,
AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS (DOC. 12) - 1
(2:15-cv-01215-RSL )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6232623.1

12). The Court having reviewed the files and records herein, and the Court having considered all relevant pleadings, including the response and reply papers, if any; NOW, THEREFORE, it is hereby:

ORDERED that Defendant/Counterclaim Plaintiff, Wade G. Brewer's Motion for Leave to Amend Answer, Affirmative Defenses, and Counterclaims (Doc. 12) is GRANTED.

IT IS SO ORDERED.

DATED this __1st__ day of __December__, 2017.

_____
The Honorable Robert S. Lasnik
United States District Court Judge

PRESENTED BY:
s/ Daniel A. Brown
s /Daniel J. Velloth
Daniel A. Brown, WSBA #22028
Daniel J. Velloth, WSBA #44379
Attorneys for Defendant Wade G. Brewer
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
dbrown@williamskastner.com
dvelloth@williamskastner.com

ORDER GRANTING DEFENDANT/COUNTERCLAIM
PLAINTIFF'S MOTION FOR LEAVE TO AMEND ANSWER,
AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS (DOC. 12) - 2
(2:15-cv-01215-RSL )

6232623.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600