The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MONEY MAILER, LLC, | NO. 2:15-cv-01215-RSL |
|---|---|
| Plaintiff, | ORDER GRANTING BREWER'S MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL |
| v. | |
| WADE G. BREWER, | |
| Defendant, | |
| WADE G. BREWER, | |
| Counterclaim Plaintiff | |
| v. | |
| MONEY MAILER, LLC and MONEY MAILER FRANCHISE CORP, a Delaware corporation, | |
| Counterclaim Defendants. | |

This matter comes before the Court on Wade G. Brewer's "Motion for Leave to File Exhibits Under Seal." Dkt. # 107. Money Mailer Franchise Corporation supports the motion and also seeks to substitute redacted versions of the underlying motion for summary judgment and Brewer's declaration to shield from public view commercially sensitive information regarding pricing and contractual relationships. Dkt. # 115. The Court determines that good cause exists for the requested relief.

ORDER GRANTING BREWER'S MOTION FOR LEAVE TO FILE
EXHIBITS UNDER SEAL - 1

ACCORDINGLY, IT IS HEREBY ORDERED that Dkt. # 109 (Exhibits A-G in support of Brewer's motion for summary judgment) shall remain under seal. The Clerk is also directed to seal Dkt. # 105 and Dkt. # 106 and note in the docket entry that redacted versions of the documents can be found at Dkt. # 115-1. The parties should be aware that, to the extent the redacted information is germane to the Court's analysis of the factual and legal issues raised in the motion for summary judgment, the information may be included in the Court's order which will be available to the public.

Dated this 26th day of February, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge