The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONEY MAILER, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>WADE G. BREWER,<br><br>   Defendant,<br><br>WADE G. BREWER,<br><br>   Counterclaim Plaintiff<br> v.<br><br>MONEY MAILER, LLC and MONEY MAILER FRANCHISE CORP, a Delaware corporation,<br><br>   Counterclaim Defendants. | NO. 2:15-cv-01215-RSL<br><br>ORDER GRANTING IN PART MONEY MAILER'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |

   This matter comes before the Court on "Counterclaim Defendants' Motion for Leave to File Exhibits Under Seal and to File Redacted Motion and Declarations." Dkt. # 119. Money Mailer seeks to shield from public view commercially sensitive information regarding pricing and proprietary processes. With one exception, the Court determines that good cause exists for the requested relief.

ORDER GRANTING IN PART MONEY MAILER'S MOTION FOR
LEAVE TO FILE DOCUMENTS UNDER SEAL - 1

ACCORDINGLY, IT IS HEREBY ORDERED that Dkt. # 126 shall remain under seal. The Clerk is directed to unseal Dkt. # 125, however, which is a redacted version of Dkt. # 126. Money Mailer shall file under seal unredacted versions on Dkt. # 122 and Dkt. # 124 – the record is currently incomplete. Money Market has not, however, supported its request to seal Exhibit 1 to the Declaration of Dale Martin.

The parties should be aware that, to the extent the redacted information is germane to the Court's analysis of the factual and legal issues raised in the motion for summary judgment, the information may be included in the Court's order which will be available to the public.

Dated this 26th day of February, 2018.

Robert S. Lasnik
United States District Judge