The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONEY MAILER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WADE G. BREWER,<br><br>    Defendant, | NO. 2:15-cv-01215-RSL<br><br>ORDER GRANTING BREWER'S MOTION FOR LEAVE TO FILE UNDER SEAL |
| WADE G. BREWER,<br><br>    Counterclaim Plaintiff<br><br>v.<br><br>MONEY MAILER, LLC and MONEY MAILER FRANCHISE CORP, a Delaware corporation,<br><br>    Counterclaim Defendants. | |

This matter comes before the Court on Wade G. Brewer's "Motion for Leave to File Under Seal and File Redacted Brief." Dkt. # 128. Money Mailer Franchise Corporation supports the motion and seeks to shield from public view commercially sensitive information regarding pricing and contractual relationships. The Court determines that good cause exists for the requested relief.

ORDER GRANTING BREWER'S MOTION FOR LEAVE TO FILE
UNDER SEAL - 1

| | |
|---|---|
| 1 | ACCORDINGLY, IT IS HEREBY ORDERED that Dkt. # 131 and Dkt. # 132 shall |
| 2 | remain under seal. Redacted versions of those documents are available for public viewing at |
| 3 | Dkt. # 129 and Dkt. # 130. The parties should be aware that, to the extent the redacted |
| 4 | information is germane to the Court's analysis of the factual and legal issues raised in the |
| 5 | motion for summary judgment, the information may be included in the Court's order which |
| 6 | will be available to the public. |

Dated this 26th day of February, 2018.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge