The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONEY MAILER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WADE G. BREWER,<br><br>    Defendant, | NO. 2:15-cv-01215-RSL<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXTENDING DISCOVERY |
| WADE G. BREWER,<br><br>    Counterclaim Plaintiff<br>v.<br><br>MONEY MAILER, LLC and MONEY MAILER FRANCHISE CORP, a Delaware corporation,<br><br>    Counterclaim Defendants. | |

## I. STIPULATION

The parties agree and hereby request that the discovery deadlines should be extended pursuant to LCR 7(d)(1) and LCR 10(g) for good cause. The parties each have pending motions seeking relief that would likely substantially change the amount, nature and scope of discovery needed in this case, as well as certain expert testimony. The parties continue to work

STIPULATION AND [PROPOSED] ORDER EXTENDING
DISCOVERY - 1
(2:15-cv-01215-RSL )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6413200.1

to produce pending written discovery to each other, the pending motions may substantially change the need for certain discovery and expert testimony; and all other deadlines, including the trial date, will remain unchanged.

|  | **Current Deadline:** | **Proposed Deadline:** |
|---|---|---|
| Reports from expert witnesses due | April 4, 2018 | May 31st, 2018 |
| Remaining Discovery completed by | June 3, 2018 | June 29, 2018 |
| Settlement conference held no later than | June 17, 2018 | July 2, 2018 |

SO STIPULATED

DATED this 17th day of April, 2018.

s/ Nathan T. Alexander per email authority
s/ Brian Janura per email authority
Nathan T. Alexander, WSBA #37040
Brian Janura, WSBA #50213
Attorneys for Plaintiff and Counterclaims Defendants Money Mailer LLC and Money Mailer Franchise Corp.

s/ Daniel A. Brown
s/ Daniel J. Velloth
Daniel A. Brown, WSBA #22028
Daniel J. Velloth, WSBA #44379
Attorneys for Defendant and Counterclaim Plaintiff Wade G. Brewer

## II. ORDER

THIS MATTER having come before this Court upon the Agreed Motion for Extending Discovery jointly presented by the parties in the above-captioned action. The Court having reviewed the files and records herein, finds that cause exists for the requested relief. It is hereby

ORDERED that the Agreed Motion is GRANTED.

ENTERED this 19th day of April, 2018.

_____
The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY - 2
(2:15-cv-01215-RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6413200.1