UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONEY MAILER, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>WADE G. BREWER,<br><br>    Defendant.<br>_____<br>WADE G. BREWER,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>MONEY MAILER, LLC, *et al.*,<br><br>    Counterclaim Defendants. | NO. C15-1215RSL<br><br>ORDER GRANTING BREWER'S MOTION TO CONTINUE CASE MANAGEMENT DEADLINES |

This matter comes before the Court on Wade G. Brewer's "Motion for a Brief Continuance of Trial Date and Related Dates." Dkt. # 157. Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the Court finds that good cause exists for a three month extension of all remaining deadlines. The motion is therefore GRANTED. A revised case management order extending the expert disclosure deadline and setting a January 7, 2019, trial date will issue.

Dated this 7th day of June, 2018.

*MMT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING BREWER'S MOTION
TO CONTINUE CASE MANAGEMENT DEADLINES - 1