UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MONEY MAILER, LLC,

    Plaintiff,

v.

WADE G. BREWER,

    Defendant.
_____

WADE G. BREWER,

    Counterclaim Plaintiff,

v.

MONEY MAILER, LLC, *et al.*,

    Counterclaim Defendants.

NO. C15-1215RSL

ORDER

On September 7, 2018, the Court certified certain state law issues to the Washington Supreme Court pursuant to RCW 2.60.020. Dkt. # 223. That Order directed the parties to submit a Joint Status Report within fourteen days of the Washington Supreme Court's resolution of the certified issues setting forth the parties' recommendations for, *inter alia*, consideration of the then-pending motions, Dkt. # 163, 179, 187, 190, 194, 198, 205, 215, and 218. Now that the Court has clarified the impact of the Supreme Court's decision (Dkt. # 234), the parties shall meet and confer regarding the need to resolve the each of the motions listed above and an

ORDER - 1

orderly schedule for their consideration. The parties shall submit a Joint Status Report regarding the outstanding motions within fourteen days of the date of this Order.

Dated this 17th day of December, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2