The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONEY MAILER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WADE G. BREWER,<br><br>    Defendant. | NO. 2:15-cv-01215-RSL<br><br>[PROPOSED]<br><br>ORDER GRANTING MR. BREWER'S UNOPPOSED MOTION TO EXTEND DISCOVERY |
| WADE G. BREWER,<br><br>    Counterclaim Plaintiff<br><br>v.<br><br>MONEY MAILER, LLC and MONEY MAILER FRANCHISE CORP, a Delaware corporation, GARY M. MULLOY, individually and on behalf of his marital community; JOHN PATINELLA, individually and on behalf of his marital community; JOSEPH J. CRACIUN, individually and on behalf of his marital community; and RYAN CARR, individually and on behalf of his marital community,<br><br>    Counterclaim Defendants. | |

PROPOSED ORDER EXTENDING DISCOVERY - 1
(2:15-cv-01215-RSL )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7056839.1

1  THIS MATTER came before the Court on Defendant/Counterclaim Plaintiff Brewer's
2  Motion to Extend Discovery. The Court, having reviewed the files and records, including Mr.
3  Brewer's motion and the declaration of counsel, finds itself fully informed.
4  Defendant/Counterclaim Plaintiff, Wade G. Brewer's motion is GRANTED. There is
5  good cause to extend discovery for the purpose of taking the deposition of Trend Offset
6  Printing. No other deadlines shall be impacted by this Order.

7
8  DATED this 28th day of Feb., 2020.

9
10  _____
    Judge Robert S. Lasnik
11

12  Presented by:
13
14  /s/ Daniel A. Brown, WSBA #22028
    /s/ Adam Rosenberg, WSBA #39256
    Daniel A. Brown, WSBA #22028
15  Adam Rosenberg, WSBA #39256
    Attorneys for Defendant Wade G. Brewer
16  Williams, Kastner & Gibbs, PLLC
    601 Union Street, Suite 4100
17  Seattle, WA 98101-2380
    Telephone: (206) 628-6600
18  Fax: (206) 628-6611
    dbrown@williamskastner.com
19  arosenberg@williamskastner.com

20
21
22
23
24
25

PROPOSED ORDER EXTENDING DISCOVERY - 2
(2:15-cv-01215-RSL )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7056839.1