UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONEY MAILER, LLC, | NO. C15-1215RSL |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR ADEQUATE SECURITY AS MOOT |
| WADE G. BREWER, | |
| Defendant. | |

This matter comes before the Court on "Wade Brewer's Motion for Adequate Security." Dkt. # 267. Money Mailer, a foreign corporation, has voluntarily dismissed the claims it asserted against Brewer, a resident of Washington. RCW 4.84.210 therefore has no application, and the motion for adequate security is DENIED as moot.

Dated this 18th day of August, 2020.

*Robert S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
ADEQUATE SECURITY AS MOOT  - 1