UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONEY MAILER, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WADE G. BREWER,<br><br>　　　　　　Defendant. | NO. C15-1215RSL<br><br>ORDER |

　　　　Plaintiff in the above-captioned matter was ordered to show cause, on or before August 17, 2020, why its transferee should not be substituted as the named plaintiff in the litigation or to voluntarily dismiss the claims asserted. Dkt. # 303. It opted to voluntarily dismiss its claims against defendant Wade G. Brewer, but requests that the dismissal be without prejudice. Dkt. # 305. Brewer filed a timely objection, arguing that the dismissal should be with prejudice. Dkt. # 308.

　　　　Plaintiff is invited to file a reply to Brewer's objection, not to exceed five pages in length, on or before August 27, 2020.

　　　　Dated this 24th day of August, 2020.

　　　　　　　　　　　　　　　　　　／s／ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1