UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONEY MAILER, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>WADE G. BREWER,<br><br>    Defendant.<br>_____<br><br>WADE G. BREWER,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>MONEY MAILER, LLC, and MONEY MAILER FRANCHISE CORP.,<br><br>    Counterclaim Defendants. | Case No. C15-1215RSL<br><br>ORDER |

On April 12, 2021, defendant/counterclaimant Wade G. Brewer's motion for attorney's fees was denied. Dkt. # 325. Brewer timely filed a motion for reconsideration. The Clerk of Court is directed to renote the motion for reconsideration (Dkt. # 326) on the Court's calendar for Friday, July 16, 2021. Money Market may file a

ORDER - 1

response by noon on Monday, July 12, 2021. Defendant's reply, if any, is due on or before the note date.

Dated this 30th day of June, 2021.

Robert S. Lasnik
United States District Judge

ORDER - 2