IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONEY MAILER, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WADE G. BREWER,<br><br>　　　　　Defendant | Civil Action No. 15-cv-01215-RSL<br><br>**ORDER GRANTING MOTION<br>FOR RELIEF FROM DEADLINE** |
| WADE G. BREWER,<br><br>　　　　　Counterclaim Plaintiff,<br><br>vs.<br><br>MONEY MAILER, LLC, *et al.*,<br><br>　　　　　Counterclaim Defendants. | |

THIS MATTER having come before this Court on Plaintiffs/Counterclaim-Defendant/Third-Party Defendants' opposed Motion for Relief from Deadline. The motion is GRANTED without need for further briefing. The Clerk of Court is directed to renote the motion for reconsideration on the Court's calendar for Friday, July 23, 2021. Money Mailer may file a response by noon on July 19, 2021. Defendants' reply, if any, is due on or before the note date.

ORDER GRANTING MOTION FOR
RELIEF FROM DEADLINE　　　- 1 -

Dorsey & Whitney LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Phone: (206) 903-8800
Fax: (206) 903-8820

Dated this 2nd day of July, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR
RELIEF FROM DEADLINE     - 2 -

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1 Presented by:

**DORSEY & WHITNEY LLP**

*/s/Nathan T. Alexander*

Nathan T. Alexander WSBA #37040
Brian Janura WSBA #50213
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Email: alexander.nathan@dorsey.com
Email: janura.brian@dorsey.com

*Counsel for Plaintiff and Counterclaim Defendants
Money Mailer, LLC and Money Mailer Franchise Corp.*

ORDER GRANTING MOTION FOR
RELIEF FROM DEADLINE - 3 -

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820